**FILED**

AUG -7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. 1:09-CR-00272-OWW |
| Plaintiff, ) | |
| v. ) | ORDER STAYING MAGISTRATE'S ORDER RELEASING DEFENDANT ON BOND PENDING HEARING ON THE GOVERNMENT'S MOTION FOR REVOCATION HEARING |
| FLORENTINO GUTTIERREZ, ) | |
| Defendant. ) | |

Upon application of the United States Government for stay of the order of the U.S. Magistrate Judge setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT the U.S. Magistrate Judge's order setting conditions for release of the above-named defendant, is own stayed pending the disposition of the government's motion to revoke such order.

IT IS FURTHER ORDERED that the hearing on said motion be set on August 17, 2009 at 1:30 p.m., or as soon thereafter as practicable, before this Court; and that the parties' briefs be filed on or before August 13, 2009. The defendant is ordered to appear before this Court.

Dated: August 7, 2009

_____
HON. OLIVER W. WANGER
United States District Judge