1  **LAW OFFICES OF RICHARD A. MOSS**
   Richard A. Moss, SBN 42329
2   E-Mail: thefirm@rmosslaw.com
   William C. Fleming, Jr., SBN 208176
3   E-Mail: wfleming@rmosslaw.com
   255 South Marengo Avenue
4  Pasadena, California 91101-2719
   Telephone:   (626) 796-7400
5  Telecopier:  (626) 796-7789

6  Attorneys for FLORENTINO GUTIERREZ

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              Case No. 1:09-CR-00272-OWW
                                          Hon. Oliver W. Wanger
12          Plaintiff,

13                                        **ORDER WAIVING PRE-TRIAL
     vs.                                  PRESENCE OF DEFENDANT
14                                        FLORENTINO GUTIERREZ**

15 FABIO CAZARES-ZAMORA, et al.,

16          Defendants.

17     Upon application of Defendant FLORENTINO GUTIERREZ for an order waiving

18 his presence at all pre-trial matters in the above-captioned action, and by stipulation of the

19 United States of America,

20     IT IS HEREBY ORDERED THAT defendant FLORENTINO GUTIERREZ,

21 having been advised of his right to be present at all stages of these proceedings, is hereby

22 released from the requirement that he personally appear at any pre-trial motion or other

23 pre-trial proceeding in this case unless this Court hereafter orders his personal presence at

24 any stage it deems necessary.

25 IT IS SO ORDERED.

26 **Dated:   October 29, 2009**            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE
27

28

                                          1