**LAW OFFICES OF RICHARD A. MOSS**
Richard A. Moss, SBN 42329
 E-Mail: thefirm@rmosslaw.com
William C. Fleming, Jr., SBN 208176
 E-Mail: wfleming@rmosslaw.com
255 South Marengo Avenue
Pasadena, California 91101-2719
Telephone:   (626) 796-7400
Telecopier:   (626) 796-7789

Attorneys for FLORENTINO GUTIERREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FABIO CAZARES-ZAMORA, et al.,<br><br>Defendants. | Case No. 1:09-CR-00272-OWW<br>Hon. Oliver W. Wanger<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE** |

Defendant FLORENTINO GUTIERREZ, by and through his attorneys, the Law Offices of Richard A. Moss, and THE UNITED STATES OF AMERICA, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, have stipulated and jointly requested that this Court remove the following condition of Defendant's pre-trial release:

   1.   Home incarceration, including electronic monitoring, except for medical and lawyer visits.

//
//

1

1   Therefore, good cause appearing, IT IS HEREBY ORDERED THAT the
2  condition of FLORENTINO GUTIERREZ' pre-trial release currently requiring home
3  incarceration, including electronic monitoring, be removed.

5   IT IS SO ORDERED.

8  Dated:   March 18,  2010            /s/ OLIVER  W. WANGER
                                       HON. OLIVER W. WANGER
9                                      SENIOR UNITED STATES DISTRICT JUDGE