IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>  )<br>v.  )<br>  )<br>FLORENTINO GUTIERREZ,  )<br>  )<br>  )<br>Defendant.  )<br>_____ ) | 1:09-cr-272 OWW<br><br>ORDER ON GOVERNMENT'S<br>MOTION TO DISMISS<br>(Fed. R. Crim. P. 48(a)) |

O R D E R

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed without prejudice as to FLORENTINO GUTIERREZ only, in the interest of justice. .

IT IS SO ORDERED.

**Dated:    June 1, 2010**                              /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE

1