UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FABIO CAZARES-ZAMORA, et al.,<br><br>Defendants. | Case No. 1:09-CR-00272-OWW<br>Hon. Oliver W. Wanger<br><br>**ORDER REGARDING EXONERATION OF BOND** |

Defendant FLORENTINO GUTIERREZ, by and through his attorneys, the Law Offices of Richard A. Moss, and THE UNITED STATES OF AMERICA, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, have stipulated and jointly requested that this Court exonerate and re-convey the following-described property, previously posted as collateral in the above-entitled case, to the legal title holders forthwith:

///

///

///

///

1

The properties and legal title holders are:

1. Deed of Trust No. 20091267663
   Legal Title Holders: Florentino Gutierrez and Angela Gutierrez

2. Deed of Trust No. 20091267664
   Legal Title Holders: Jose Martin Flores and Blanca E. Flores

Therefore, good cause appearing, IT IS HEREBY ORDERED that the above-described properties be exonerated and re-conveyed to the legal title holders.

IT IS SO ORDERED.

**Dated:   June 8, 2010**                              **/s/ Oliver W. Wanger**
                                                                                UNITED STATES DISTRICT JUDGE