UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>FLORENTINO GUTIERREZ-<br>MORENO,<br><br>             Defendant, | Case No. 1:09-CR-00272-OWW<br>[Hon. Oliver W. Wanger]<br><br>**ORDER RETURNING PROPERTY** |

   Defendant FLORENTINO GUTIERREZ-MORENO, by and through his attorneys, the Law Offices of Richard A. Moss, has requested that this Court order his passport issued by the country of Mexico be returned to him forthwith:

   Therefore, good cause appearing,

   IT IS HEREBY ORDERED that the Mexican passport issued to Florentino Gutierrez-Moreno be returned to him forthwith.

IT IS SO ORDERED.

**Dated:   June 10, 2010**                    /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE

1